DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, <br><br> Plaintiff, <br><br> v. <br><br> **BUMBLE BEE AUTOS INC.**, as an entity and doing business as "Bumble Bee Autos", **IMAD JUNDI**, who is also known as "Tony Imad Jundi", and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: **2:18-cv-3037-WBS-EB** <br><br><br> **ORDER GRANTING REQUEST TO CONITNUE STATUS CONFERENCE** |

IT IS HEREBY ORDERED, good cause shown that the Status Conference scheduled for June 10th, 2019, at 1:30 P.M. in Courtroom 5, is rescheduled for **July 22, 2019 at 1:30 P.M.** in Courtroom 5. The parties shall file their disposition documents pursuant to Local Rule 160(b), and no later than 7/8/2019, or a Joint Status Report by that date if settlement has not been finalized .

Dated: June 4, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE