DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>Plaintiff,<br><br>v.<br><br>**BUMBLE BEE AUTOS INC.**, as an entity and doing business as "Bumble Bee Autos", **IMAD JUNDI**, who is also known as "Tony Imad Jundi", and **DOES** 1-50, Inclusive,<br><br>Defendants. | Case No.: **2:18-cv-3037-WBS-EB**<br><br>**ORDER GRANTING REQUEST TO CONTINUE STATUS CONFERENCE** |

**IT IS HEREBY ORDERED**, good cause shown that the Status Conference scheduled for July 22nd, 2019, at 1:30 P.M. in Courtroom 5, is rescheduled for September 16th, at 1:30 P.M. in Courtroom 5. A Joint Status Report shall be filed no later than September 3, 2019 if settlement has not been finalized.

Dated: July 10, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE